UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane Doe,

          Plaintiff,

v.

Ryan K. Zinke,

          Defendant.

Case No. 17-cv-2017 (SRN/FLN)

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 14, 2018, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss [Doc. No. 13] is **DENIED** without prejudice.

DATED: March 7, 2018

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge